JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZER SEIJO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KAMAN AUTOMATION, INC, a Connecticut corporation; RUBY AUTOMATION, LLC, a Delaware Limited Liability Company; MOTION INDUSTRIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 8:23-CV-00264 WLH (DFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PURPORTED CLAIMS OF PUTATIVE CLASS MEMBERS [33]** |

The Parties' Stipulation of Dismissal with Prejudice (hereinafter "Stipulation") having come before the court and GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that the above-entitled action is dismissed in its entirety with

///

///

prejudice as to Plaintiff's individual claims and without prejudice as to the purported claims of putative class members. The Court retains jurisdiction to enforce the Stipulation.

Dated: 12/6/2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE